# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH GUGLIELMO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

ELECTRONIC COMMODITIES EXCHANGE, L.P.,

                Defendant.

------------------------------------- x

ORDER

19 Civ. 10397 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       March 3, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge