USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: APR 0 7 2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

ELECTRONIC COMMODITIES EXCHANGE. L.P.,

Defendant.

Civil Action No 1:19-cv-10397

[PROPOSED] ORDER

---

**WHEREAS,** upon the application of attorney, Stephen M. Silva for leave to withdraw as the attorney of record in this matter.

**IT IS HEREBY ORDERED** that attorney Stephen M. Silva is granted leave to withdraw as counsel for Defendant Electronic Commodities Exchange L.P.;

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Mr. Silva from the list of counsel of record for Defendant Electronic Commodities Exchange L.P. in this case.

Dated: APR 0 7 2020 , 2020

**IT IS SO ORDERED.**

*George B. Daniels*

HON. GEORGE B. DANIELS